AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

VICKIE GWEN CUMBIE,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-5033-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion for Summary Judgment (ECF No. 15) is DENIED. Defendant's Motion for Summary Judgment (ECF No. 18) is GRANTED. Judgment is for Defendant. File closed.

01/25/2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer